**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-00702-LTB

ALEA R. KENNEDY,

Plaintiff,

v.

GREYSTAR REAL ESTATE PARTNERS,
GS CHERRY CREEK PROJECT OWNERS LLC, and
GREP SOUTHWEST LLC,

Defendants.

---

JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 28, 2024, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, June 28, 2024.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk

s/ J. Roberts

Deputy Clerk